CHARLES O. LOCKHARD, APPELLANT, v. THE GERMANIA FIRE INSURANCE COMPANY, RESPONDENT.

Judgment affirmed.

GEORGE A. BURNETT, APPELLANT, v. MARIA L. TUERS AND OTHERS, RESPONDENTS.

Order affirmed, with ten dollars costs and disbursements.

ROBERT CUNNINGHAM, APPELLANT, v. REHUL T. BENE, RESPONDENT.

Order affirmed, with ten dollars costs and disbursements.

ROSALIE L. WALDO v. HORACE WALDO.

Motion denied, without costs.

MOSES HEILMAN v. ISAAC LAZARUS.

Motion denied, with ten dollars costs.

IN THE MATTER OF DIANA BANNISTER.

Motion granted, with ten dollars costs, unless the papers be printed and served in time for the March term.

IN THE MATTER OF GEORGE W. ERSKINE.

Order vacated with leave to bring on the case for reargument, for the purpose of showing the facts and circumstances in respect of the payment of the assessment. No costs to either party.

ETTA ARMSTRONG v. WILLIAM A. CUMMINGS.

Motion denied.

JESSE A. MARSHALL v. FREDERICK A. MACY.

Motion for restitution granted.
Memorandum.